# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NOEL AUSTIN

VERSUS

SGT. SCOTT DUSANG; AND STATE
OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS
LOUISIANA STATE PENITENTIARY

NO. 2023 CW 0467

AUGUST 14, 2023

---

In Re: Sgt. Scott Dusang, and the State of Louisiana, through
the Department of Public Safety and Corrections,
applying for supervisory writs, 20th Judicial District
Court, Parish of West Feliciana, No. 23559.

---

BEFORE: GUIDRY, C.J., HESTER AND MILLER, JJ.

WRIT DENIED.

JMG
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT